# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 26, 2021  **Time:** 2:25 - 2:39 = 14 Minutes  **Judge:** EDWARD M. CHEN

**Case No.:** 21-cv-04335-EMC  **Case Name:** Sairam v. Mercy Retirement and Care Center

**Attorney for Plaintiff:** Michael Gawley
**Attorney for Defendant:** Drew Kozlow

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Debra Pas

### PROCEEDINGS HELD BY ZOOM WEBINAR

[8] Motion to Dismiss held.

### SUMMARY

Parties stated appearances and proffered argument.

Court ordered parties to file supplemental briefs, citing cases on the more specific question of Dr. Sairam's ability to assert the false payment claim as a basis for the racketeering element of the RICO claim, given he was not directly impacted. Briefs to be filed in one week and no more than 7 pages each. Matter will thereafter be taken under submission.